UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

RICHARD EDELMANN,

Plaintiff,

v.                                                              **Index No.: 6:16-cv-06293**

KEUKA COLLEGE,

Defendant.

**PLAINTIFF'S REPLY TO DEFENDANT'S LOCAL RULE 56
COUNTERSTATEMENT OF FACTS**

**THE GLENNON LAW FIRM, P.C.**
Peter J. Glennon, Esq.
Laura K. Figueras, Esq.
*Attorneys for Plaintiff*
160 Linden Oaks
Rochester, New York 14625
(585) 210-2150
PGlennon@GlennonLawFirm.com
LFigueras@GlennonLawFirm.com

Plaintiff states, in summary fashion, that all allegations contained in Defendant's Local Civil Rule 56(a)(2) Opposing Statement, including the "Appendix" thereto (collectively "Opposing Statement"), Docket Number ("Dkt. No.") 49-1, which purport to controvert or otherwise dispute the facts set forth by Plaintiff in his Local Rule 56 Statement, Dkt. No.42-6, are hereby denied. Plaintiff further states that all allegations made in Defendant's Opposing Statement are addressed in the reply Declaration of Peter J. Glennon, dated Mary 3, 2019.

Dated: Rochester, New York
      May 3, 2019             **THE GLENNON LAW FIRM, P.C.**


By:    Peter J. Glennon
Peter J. Glennon, Esq.
Laura K. Figueras, Esq.
*Attorneys for Plaintiff*
160 Linden Oaks
Rochester, New York 14625
(585) 210-2150
PGlennon@GlennonLawFirm.com
LFigueras@GlennonLawFirm.com

Kimberly A. Glennon, Esq.
Law Office of Kimberly A. Glennon
*Attorney for Plaintiff*
160 Linden Oaks
Rochester, New York 14625
585-389-6102
KGlennon@GlennonEmploymentLaw.com